**Order filed December 10, 2013, Withdrawn, Appeal Reinstated and Order filed December 10, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00888-CR

———————

**WILLIAM MARK RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1259408**

---

## ORDER

On December 10, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine whether appellant was entitled to proceed without payment of costs for the reporter's record. The reporter's record has been filed.

Accordingly, our order of December 10, 2013, is withdrawn. The appeal is reinstated. Appellant's brief is due 30 days from the date of this order.

PER CURIAM